# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JOANNA M. HOBBS,** | ) | |
| Plaintiff, | ) ) ) | Case No. 2:20CV00004 |
| v. | ) ) | **JUDGMENT** |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | By: James P. Jones United States District Judge |
| Defendant. | ) ) ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: May 18, 2021

/s/ JAMES P. JONES
United States District Judge